O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5902 AHM (AGRx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | HENRY TIU v. FINANCE AMERICA, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff's Ex Parte Application for a Temporary Restraining Order Preventing Foreclosure and Order to Show Cause Why Preliminary Injunction Should Not Issue for the following reasons:

1) Plaintiff has provided no proof of service indicating that Defendants have received notice of the motion.

2) Plaintiff has not established a probability of success on the merits for his claims. His Truth in Lending Act (TILA), 15 U.S.C. § 1601 *et seq.*, claim for rescission appears to be barred by the three year absolute statute of limitations. 15 U.S.C. § 1635(f). Plaintiff has failed to attach the allegedly deficient Notice of Default on which his claim under Cal. Civ. Code § 2923.5 relies, and he has failed to provide any explanation for its absence. In addition, Plaintiff has not offered any support that Cal. Civ. Code § 2923.6 provides a basis for substantive relief given its purely hortatory language. As to the claim purportedly brought under the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2601 *et seq*, that claim relies on rescission, and Plaintiff has provided no authority to support the proposition that rescission is an available remedy under RESPA .

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |