O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5902 AHM (AGRx) | Date | September 29, 2009 |
|---|---|---|---|
| Title | HENRY TIU v. FINANCE AMERICA, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     On January 21, 2009, this Court ordered counsel show cause, no later than September 30, 2009, why this action should not be dismissed for the failure to pay the required filing fee.

     On September 28, 2009, plaintiff paid the fee. Accordingly, the Court DISCHARGES the order to show cause.

      :      

Initials of Preparer     SMO