JS-6; O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5902 AHM (AGRx) | Date | November 3, 2009 |
|---|---|---|---|
| Title | HENRY TIU v. FINANCE AMERICA, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In its October 23, 2009 Order, this Court dismissed Plaintiff's complaint, granting leave to amend by November 2, 2009.  Plaintiff has filed no amended complaint.  The Court, therefore, GRANTS Defendants' motion to dismiss in its entirety.  The Court ORDERS the Clerk of the Court to close this case.

:

Initials of Preparer   SMO

**JS-6**